# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:02CR00399-2 JO |
| | **ORDER GRANTING TERMINATION OF SUPERVISION PRIOR TO EXPIRATION DATE** |
| vs. | |
| Patrice Lumumba Ford | |
| **Defendant.** | |

**IT IS HEREBY ORDERED** that, in the interests of justice, the Court grants the petition and orders that defendant's term of supervision release be, and hereby is, terminated effective as of the date of this Order.

DATED this _____ day of June, 2021,

_____
Robert E. Jones
Senior U.S. District Judge